IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT N. DEBENEDICTIS, individually and as Trustee of the Opportunity Trust, THE ROBERT N. DEBENEDICTIS FOUNDATION, ROGER SNYDER a/k/a ROGELIO SNYDER, individually and as Trustee of the Opportunity Trust, GINA HARRISON, as Trustee of the Opportunity Trust, SUSAN MARTINO, individually and as Trustee of the Opportunity Trust, MARYETTA SUNNI PREKUP, individually and as Trustee of the Opportunity Trust, JULIE MARTINO individually and as Trustee of the Opportunity Trust, PAUL GALLUCCIO individually and as Trustee of the Opportunity Trust, AVACOR PRODUCTS, LLC, ANTHONY IMBRIOLO, SEA HOLDINGS, LLC, EAST SIDE CLUB LLC, 230 E. 58th ASSOCIATES, LLC, SUNCHASER PROPERTIES, LLC, 9th AVENUE WILTON MANORS, LLC, B&B REALTY DEVELOPMENT, LLC, HANFORD AND HENDERSON MANAGEMENT, LLC, 234 TOWNHOUSE, LLC, WEST SIDE CLUB, LLC, RIVER STREET CLUB, LLC, CND PROPERTIES, LLC, THE BLUE LAGOON MOTEL, LLC, 3016 WINDAMAR, LLC, 227 E. 56th COMPANY, LLC, 835 RIVER BEND, LLC, 1215, LLC, 511-404, LLC, 511-405, LLC, 505 ORTON, LLC, 533 ORTON, LLC, 543 BREAKERS, LLC, 717 BREAKERS, LLC, 528 ANTIOCH, LLC, 2909 VISTAMAR, LLC, 710 N. BIRTH, LLC, 1164 ASSOCIATES, LLC, HOLLYWOOD ACQUISITIONS, LLC, LORELEI PROPERTY MANAGEMENT, LLC, and JOHN DOES 1-100,<br><br>Defendants. | Case No. C09-05664 MHP<br><br>[~~PROPOSED~~]<br>SECOND MODIFIED TEMPORARY RESTRAINING ORDER |

**SECOND MODIFIED TEMPORARY RESTRAINING ORDER**

This Second Modified Temporary Restraining Order shall supersede the Modified Temporary Restraining Order issued on November 25, 2009, and extended by Order of this Court on December 7, 2009, in the above-captioned matter.

Pending a further hearing on January 28, 2010, **ALL ASSETS**, including real and personal property, bank and all other financial or monetary accounts, business receivables, other receivables and business interests including stocks or limited liability interests, **of Robert N. DeBenedictis, the Robert N. DeBenedictis Foundation, and The Opportunity Trust ARE HEREBY FROZEN**. You, your employees and agents, and any other persons acting with you or in your behalf are restrained and enjoined from withdrawing, removing, transferring, assigning, pledging, encumbering, disbursing, dissipating, converting, selling or otherwise disposing of any assets, including but not limited to cash, real and personal property, bank and all other financial or monetary accounts, business receivables, other receivables, and business interests including stocks, or limited liability interests except that the payments referenced in Schedules A-D, annexed hereto, may be made from the bank accounts identified in such Schedules.

Mr. DeBenedictis may also incur reasonable expenses and attorney's fees in the prosecution, defense or compliance with court orders issued in the following actions pending:

In re James Thomas, et al., RG03-091195

In re James Thomas, et al. Case No. C09-05664 MHP

In re Global Vision Products, Inc., Case No. 07-12628 (RDD)

In re 635 9th Avenue Corp., Index No. 603981/07

In re Robert Malta and 654 Restaurant Corp., Index No. 604140/07

In re Robert Malta and Chelsea Tomato Inc., Index No. 604141/07

In re Robert Malta and 635 9th Avenue Corp., Index No. 604142/07

In re Robert Malta and 9th Avenue Tomato Inc., Index No. 604143/07

In re Global Vision Products, Inc., Adv. Proc. No. 08-01342 (RDD)

In re Gross Belsky Alonso LLP, Case No. 08-4666 SBA

1   In re Van De Poel, Levy & Allen, LLP, Case No.: 09-02138 SC (NDCA)

2   In re Global Vision Products, Inc., Adv. Proc. No. 09-01387 (RDD)

3   In re DeBenedictis v. Malta, et al., Index No.: 602537/08

4   In re Cabellero, et al., 09-5875 JSR (SDNY)

5   In re James Thomas, et al., RG0 9482587.

Where necessary, portions of the assets, including real and personal property, bank and all other financial or monetary accounts, business receivables, other receivables and business interests including stocks or limited liability interests, may be transferred into the accounts identified in Schedules A-D as necessary to allow Robert N. DeBenedictis, the Robert N. DeBenedictis Foundation or The Opportunity Trust to make the payments allowed by this Order.

Nothing herein shall prevent Mr. DeBenedictis from making application to this Court for further modification of this Second Modified Temporary Restraining Order to address additional personal expenses or expenses of the Robert N. DeBenedictis Foundation and/or The Opportunity Trust not considered by Schedules A-D.

By no later than January 8, 2010, Mr. DeBenedictis shall provide a declaration stating the percentage of his interest in each and every business entity in which he has any interest or ownership. Mr. DeBenedictis' ownership interest in each of those entities shall be frozen. The business operating accounts shall not be frozen so as to restrain any such business from paying its ordinary business expenses, including without limitation, payroll and wages, trade vendors, utilities and ongoing periodic payments of loans and mortgages to financial institutions. But such businesses shall be restrained from making any transfers other than ordinary business expenses and shall report no less frequently than monthly, starting on January 15, 2010, or as soon thereafter as is feasible, by providing the bank account statements within 5 days from receipt.

By January 15, 2010, Mr. DeBenedictis shall submit declarations from either himself or persons sufficiently knowledgeable regarding the ongoing business expenditures of the entities in which he has an interest or ownership. Such information may be provided through bank statements or other accountings which reflect the ordinary business expenses of the entities.

**IT IS FURTHER ORDERED THAT:**

The restraining order granted herein shall expire on January 28, 2010, unless extended by a subsequent order.

Mr. DeBenedictis and/or the Robert N. DeBenedictis Foundation and/or The Opportunity Trust shall provide to counsel for plaintiff the three most recent bank account statements for the bank accounts referenced in Schedules A-D and shall provide copies of future statements for these bank accounts when available during the period that this Second Modified Temporary Restraining Order is in force.

Dated: December __, 2009

_____
Judge Marilyn Hall Patel

## Schedule A

THE OPPORTUNITY TRUST PROJECTED MONTHLY EXPENSES

To be paid from Signature Bank checking # 1500970894

| | |
|---|---:|
| RND FOUNDATION | 700.00 |
| | |
| 9th Avenue Wilton Manors, LLC | |
|     mortgage | 612.00 |
|     utilities | 40.00 |
|     re taxes due 11/30 | 3,268.00 |
| | |
| B & B Realty Development | |
|     mortgage | 2,170.00 |
|     utilities | 80.00 |
|     re taxes due 11/30 | 7,792.00 |
| | |
| 511 Bayshore Dr # 404 | |
|     maint | 368.00 |
|     assess due 11/20 | 713.00 |
|     assess due 12/20 | 713.00 |
|     mortgage interest | 858.00 |
|     re taxes due 11/30 | 4,815.00 |
| | |
| 511 Bayshore Dr # 405 | |
|     maint | 368.00 |
|     assess due 11/20 | 713.00 |
|     assess due 12/20 | 713.00 |
|     mortgage interest | 1,334.00 |
|     re taxes due 11/30 | 4,815.00 |
| | |
| CND Properties, LLC | |
|     monthly overhead | 400.00 |
| | |
| The Blue Lagoon Motel, LLC | |
|     mortgage | 4,792.00 |
| | |
| 3016 Windamar, LLC | |
|     mortgage | 7,650.00 |
| | |
| 835 Riverbend, LLC | |
|     re taxes due 11/30 | 10,290.00 |
| | |
| 550 NE 20th St, LLC | |
|     re taxes due 11/30 | 23,429.00 |
| | |
| 505 Orton Ave, LLC | |
|     mortgage | 4,388.00 |
| | |
| 533 Orton Avenue, LLC | |

| | |
|---|---:|
| mortgage | 6,030.00 |
| 543 Breakers, LLC | |
| mortgage | 3,395.00 |
| 717 Breakers, LLC | |
| mortgage | 11,560.00 |
| 528 Antioch, LLC | |
| re taxes due 11/30 | 7,486.00 |
| 1215, LLC | |
| mortgage | 6,919.00 |
| 2909 Vistamar, LLC | |
| mortgage | 13,132.00 |
| 710 No Birch, LLC | |
| mortgage | 5,171.00 |
| re taxes due 11/30 | 22,128.00 |
| 1164 Associates, LLC | 6,410.00 |
| Hollywood Acquisitions, LLC | 5,387.00 |
| Lorelei Property Mgmt Group, LLC | 3,103.00 |
| | |
| TOTAL | 181,042.00 |
| | |
| LESS ONE TIME EXPENSES (Real Estate Taxes & Assessments) | (86,875.00) |
| | |
| AVERAGE MONTHLY EXPENSES | 94,167.00 |

## Schedule B

ROBERT DEBENEDICTIS PROJECTED MONTHLY BUSINESS EXPENSES

To be paid from Signature Bank checking # 1500875336

9th Avenue Wilton Manors, LLC
    mortgage      153.00
    utilities      10.00
    re taxes due 11/30      817.00

B & B Realty Development
    mortgage      271.00
    utilities      20.00
    re taxes due 11/30      1,948.00

511 Bayshore Dr # 404
    maint      92.00
    assess due 11/20      178.00
    assess due 12/20      178.00
    mortgage interest      215.00
    re taxes due 11/30      1,204.00

511 Bayshore Dr # 405
    maint      92.00
    assess due 11/20      178.00
    assess due 12/20      178.00
    mortgage interest      333.00
    re taxes due 11/30      1,204.00

CND Properties, LLC
    monthly overhead      100.00

The Blue Lagoon Motel, LLC
    mortgage      1,198.00

3016 Windamar, LLC
    mortgage      1,912.00

835 Riverbend, LLC
    re taxes due 11/30      2,572.00

550 NE 20th St, LLC
    re taxes due 11/30      5,857.00

505 Orton Ave, LLC
    mortgage      1,097.00

533 Orton Avenue, LLC
    mortgage      1,508.00

[PROPOSED] SECOND MODIFIED TEMPORARY RESTRAINING ORDER

| | |
|---|---:|
| 543 Breakers, LLC | |
| mortgage | 849.00 |
| 717 Breakers, LLC | |
| mortgage | 2,890.00 |
| 528 Antioch, LLC | |
| re taxes due 11/30 | 1,872.00 |
| 1215, LLC | |
| mortgage | 1,730.00 |
| 2909 Vistamar, LLC | |
| mortgage | 3,283.00 |
| 710 No Birch, LLC | |
| mortgage | 1,293.00 |
| re taxes due 11/30 | 5,532.00 |
| 1164 Associates, LLC | 1,602.00 |
| Hollywood Acquisitions, LLC | 1,347.00 |
| Lorelei Property Mgmt Group, LLC | 776.00 |
| | |
| TOTAL | 42,489.00 |
| | |
| LESS ONE TIME EXPENSES (Real Estate Taxes & Assessments) | (21,718.00) |
| | |
| AVERAGE MONTHLY EXPENSES | 20,771.00 |

## Schedule C

### ROBERT DEBENEDICTIS PERSONAL MONTHLY EXPENSES

To be paid from Citibank checking # 64520267 or Signature Bank checking # 1500875336

39 Gramercy Park
| | | |
|---|---|---:|
| | maint | 1,385.00 |
| | cable | 61.00 |
| | phone/internet | 167.00 |
| | electric | 60.00 |
| | equity line interest only | 1,225.00 |

99 Red Creek Road
| | | |
|---|---|---:|
| | cable | 50.00 |
| | phone | 50.00 |
| | electric | 50.00 |
| | repairs | 75.00 |
| | re taxes due 1/1/10 (est) | 6,000.00 |

625 Orton
| | | |
|---|---|---:|
| | maint | 586.00 |
| | cable | 75.00 |
| | phone | 75.00 |
| | electric | 80.00 |
| | re taxes due 11/30 | 3,490.00 |

20 Orchard Hill Drive
| | | |
|---|---|---:|
| | mortgage | 7,244.00 |

279 So Tradewinds Ave
| | | |
|---|---|---:|
| | mortgage | 2,403.00 |

221 East 50th St
| | | |
|---|---|---:|
| | maint | 684.00 |
| | electric | 50.00 |

321 West 13th St
| | | |
|---|---|---:|
| | maint | 376.00 |

321 E 43rd St
| | | |
|---|---|---:|
| | maint | 2,149.00 |

45 Tudor City Place
| | | |
|---|---|---:|
| | maint | 1,084.00 |

Auto Insurance        676.00

Credit Cards          4,275.84

[PROPOSED] SECOND MODIFIED TEMPORARY RESTRAINING ORDER
8

```
Other Monthly Expenses
    Airfare to FL (roundtrip)      300.00
    Groceries/Household Items      200.00
    Gas & Auto Exp                 100.00
    Medical Expense                100.00
    Miscellaneous Spending         250.00
                                              950.00

            TOTAL                           33,320.84


TOTAL EXPENSES CARRIED FORWARD              33,320.84


LESS ONE TIME EXPENSES                     (13,765.84)
(Real Estate Taxes & Credit Cards)

            SUB TOTAL                       19,555.00

LESS MONTHLY RENTAL INCOME:
    321 E 43rd St                1,492.00
    45 Tudor City Place            923.00

                                            (2,415.00)


AVERAGE MONTHLY EXPENSES                    17,140.00
```

## Schedule D

ROBERT N DEBENEDICTIS FOUNDATION PROJECTED MONTHLY EXPENSES

To be paid from Signature Bank checking # 1500876677

Total Income from The Opportunity Trust

Expenses
| | |
|---|---|
| Rent | 450.00 |
| Phone | 250.00 |
| Pet Project For Pets, Inc. (food - 400 animals) | 3,000.00 |
| TOTAL EXPENSES | 3,700.00 |