Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Scott A. Bursor
LAW OFFICES OF SCOTT A. BURSOR
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Anthony Vozzolo (*pro hac vice*)
Christopher Marlborough (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT N. DEBENEDICTIS, *et al.*<br><br>Defendants. | Case No. C09-05664 MHP<br><br>Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER RE: INITIAL CASE MANAGEMENT CONFERENCES** |

# STIPULATION

WHEREAS, defendants filed their notice of removal of the above-entitled action on December 2, 2009;

WHEREAS, the Court has also scheduled an initial case management conference for March 8, 2010 at 4:00 p.m. and an initial case management scheduling conference for March 15, 2010 at 4:00 p.m.;

WHEREAS, defendants Robert N. DeBenedictis, The Robert N. DeBenedictis Foundation, Gina Harrison, Susan Martino, Maryetta Sunni Prekup, Julie Martino, Avacor Products, LLC, East Side Club, LLC, 230 E. 58th Associates, LLC, Sunchaser Properties, LLC, 9th Avenue Wilton Manors, LLC, B&B Realty Development, LLC, Hanford and Henderson, LLC, 234 Townhouse, LLC, West Side Club, LLC, River Street Club, LLC, CND Properties, LLC, Blue Lagoon Motel, LLC, 3016 Windamar, LLC, 227 E. 56th Company, LLC, 835 River Bend, LLC, 1215 LLC, 511-404, LLC, 511-405, LLC, 505 Orton, LLC, 533 Orton, LLC, 543 Breakers, LLC, 717 Breakers, LLC, 528 Antioch, LLC, 2909 Vistamar, LLC, 710 N. Birch, LLC, 1164 Associates, LLC, Hollywood Acquisitions, LLC and Lorelei Property Management, LLC filed a Motion to Dismiss for Lack of Personal Jurisdiction and Alternative Motion to Dismiss or Transfer Venue (the "Motion to Dismiss") on December 9, 2009;

WHEREAS, at a hearing on January 28, 2010, the Court agreed to allow plaintiff to take jurisdictional discovery in connection with the Motion to Dismiss;

WHEREAS, the depositions, limited to jurisdictional issues, are scheduled to begin on March 3;

WHEREAS, the Court has ordered the parties to submit supplemental briefing to the Court on the Motion to Dismiss following the completion of the jurisdictional discovery;

WHEREAS, the parties intend to obtain a new hearing date for the Motion to Dismiss following the completion of the jurisdictional discovery;

WHEREAS, the parties have agreed to a mediation before Judge Nicholas Politan (Ret.) on March 15, 2010; and

WHEREAS, the parties believe that the initial case management conferences should be postponed until after the Court rules on the Motion to Dismiss;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by plaintiff James Thomas and defendants as follows:

1. The case management conferences scheduled for March 8, 2010 at 4:00 p.m. and March 15, 2010 shall be postponed until after the Court rules on the Motion to Dismiss.

2. Defendants Paul Gallucio, 543 Breakers, LLC- Windamar Beach Resort, 533 Orton, LLC- Windamar Beach Club, 505 Orton, LLC- Rainbow Beach Resort, 1215, LLC- Rooftop Beach House Hotel, Lorelei Property management Group, LLC- Lorelei Motel will file their motion to dismiss for lack of personal jurisdiction on March 18, 2010.

Dated: March 1, 2010

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

By: _____
L. Timothy Fisher

Counsel for Plaintiff James Thomas

Dated: March 1, 2010

LECLAIR RYAN, LLP
Peter M. Hart (State Bar No. 107920)
Michael T. Conway (State Bar No. 164004)
Joseph A. Whitecavage (State Bar No. 154879)
44 Montgomery Street, 18th Floor
San Francisco, CA 94104

By: _____
Joseph A. Whitecavage

Counsel for Defendants Robert N. BeBenedictis, The Robert N. DeBenedictis Foundation, Gina Harrison, Susan Martino, Maryetta Sunni Prekup, Julie Martino, Avacor Products, LLC, East Side Club, LLC, 230 E. 58th Associates, LLC, Sunchaser Properties, LLC, 9th Avenue Wilton Manors, LLC, B&B Realty Development, LLC, Hanford and Henderson, LLC, 234 Townhouse, LLC, West Side Club, LLC, River

Street Club, LLC, CND Properties, LLC, Blue Lagoon Motel, LLC, 3016 Windamar, LLC, 227 E. 56th Company, LLC, 835 River Bend, LLC, 1215 LLC, 511-404, LLC, 511-405, LLC, 505 Orton, LLC, 533 Orton, LLC, 543 Breakers, LLC, 717 Breakers, LLC, 528 Antioch, LLC, 2909 Vistamar, LLC, 710 N. Birch, LLC, 1164 Associates, LLC, Hollywood Acquisitions, LLC and Lorelei Property Management

Dated: March 1, 2010

DUANE MORRIS LLP
Richard L. Seabolt (State Bar No. 67469)
Oliver Benn (State Bar No. 244618)
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA  94105

By: /s/ Richard L. Seabolt
Richard L. Seabolt

Counsel for Defendants Paul Gallucio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel

### Attestation Pursuant To General Order 45

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of February, 2010 at Walnut Creek, California.

/s/ L. Timothy Fisher

\*   \*   \*   \*   \*

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 3/2/2010

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel (stamp)*