Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Scott A. Bursor
LAW OFFICES OF SCOTT A. BURSOR
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Anthony Vozzolo (*pro hac vice*)
Christopher Marlborough (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

***Attorneys for Plaintiff and the Class***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT N. DEBENEDICTIS, *et al.*<br><br>Defendants. | Case No. C09-05664 MHP<br><br><u>Class Action</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE** |

**STIPULATION**

WHEREAS, the parties previously stipulated that defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel will file their motion to dismiss for lack of personal jurisdiction on March 18, 2010;

WHEREAS, defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel filed a motion for protective order to prevent or defer the deposition of Charles B. Shields, Jr. on March 8, 2010; and

WHEREAS, the parties engaged in a productive mediation before Judge Nicholas Politan (Ret.) on March 15, 2010 and are working in good faith toward the potential resolution of this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by plaintiff James Thomas and defendants as follows:

1. The deadline for defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel to file their motion to dismiss for lack of personal jurisdiction shall be continued from March 18, 2010 to March 25, 2010.

2. The deadline for plaintiff to respond to the motion for protective order of defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC- Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel shall be continued from March 22, 2010 to March 29, 2010.

| | |
|---|---|
| Dated:  March 16, 2010 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP<br>Alan R. Plutzik (State Bar No. 077785)<br>L. Timothy Fisher (State Bar No. 191626)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598 |
| | By:_____/s/_____<br>        L. Timothy Fisher |
| | Counsel for Plaintiff James Thomas |
| Dated:  March 16, 2010 | DUANE MORRIS LLP<br>Richard L. Seabolt (State Bar No. 067469)<br>Oliver Benn (State Bar No. 244618)<br>One Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA  94105 |
| | By:_____/s/_____<br>        Richard L. Seabolt |
| | Counsel for Defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel |

### **Attestation Pursuant To General Order 45**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of March, 2010 at Walnut Creek, California.

/s/ L. Timothy Fisher

\*      \*      \*      \*      \*

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
Case No. C09-05664 MHP
60868

2

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: __3/18/2010_____    _____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel