Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Scott A. Bursor
LAW OFFICES OF SCOTT A. BURSOR
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Anthony Vozzolo (*pro hac vice*)
Christopher Marlborough (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT N. DEBENEDICTIS, *et al.*<br><br>Defendants. | Case No. C09-05664 MHP<br><br><u>Class Action</u><br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: BRIEFING SCHEDULE** |

## STIPULATION

WHEREAS, the parties previously stipulated that defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel will file their motion to dismiss for lack of personal jurisdiction on April 1, 2010;

WHEREAS, defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel filed a motion for protective order to prevent or defer the deposition of Charles B. Shields, Jr. on March 8, 2010; and

WHEREAS, the parties engaged in a productive mediation before Judge Nicholas Politan (Ret.) on March 15, 2010 and are continuing to work in good faith toward the potential settlement of this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by plaintiff James Thomas and defendants as follows:

1.      The deadline for defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel to file their motion to dismiss for lack of personal jurisdiction shall be continued from April 1, 2010 to April 8, 2010.

2.      The deadline for plaintiff to respond to the motion for protective order of defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC- Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel shall be continued from April 5, 2010 to April 12, 2010.

1   Dated:  March 31, 2010          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

2                                    Alan R. Plutzik (State Bar No. 077785)
                                     L. Timothy Fisher (State Bar No. 191626)
3                                    2125 Oak Grove Road, Suite 120
                                     Walnut Creek, CA  94598

4

5

6                                    By:_____/s/_____
                                                    L. Timothy Fisher
7
                                     Counsel for Plaintiff James Thomas
8

9   Dated:  March 31, 2010          DUANE MORRIS LLP
                                     Richard L. Seabolt (State Bar No. 067469)
10                                   Oliver Benn (State Bar No. 244618)
                                     One Market Plaza
11                                   Spear Tower, Suite 2200
                                     San Francisco, CA  94105
12

13

14                                   By:_____/s/_____
                                                    Richard L. Seabolt
15

16                                   Counsel for Defendants Paul Galluccio, 543 Breakers, LLC -
                                     Windamar Beach Resort, 533 Orton, LLC - Windamar Beach
17                                   Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC -
                                     Rooftop Beach House Hotel, Lorelei Property Management
18                                   Group, LLC - Lorelei Motel

19                          **Attestation Pursuant To General Order 45**

20          I, L. Timothy Fisher, attest that concurrence in the filing of this document has been

21   obtained from the other signatories.  I declare under penalty of perjury under the laws of the United

22   States that the foregoing is true and correct.  Executed this 31st day of March, 2010 at Walnut

23   Creek, California.

24                                              _____/s/ L. Timothy Fisher_____

25

26                          *       *       *       *       *

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  4/1/2010



_____
THE HONORABLE M...                TEL
UNITED ST...                      JUDGE