Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Scott A. Bursor
LAW OFFICES OF SCOTT A. BURSOR
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Anthony Vozzolo (*pro hac vice*)
Christopher Marlborough (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

***Attorneys for Plaintiff and the Class***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT N. DEBENEDICTIS, *et al.*<br><br>Defendants. | Case No. C09-05664 MHP<br><br><u>Class Action</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE** |

**STIPULATION**

WHEREAS, the parties previously stipulated that defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel will file their motion to dismiss for lack of personal jurisdiction on April 8, 2010;

WHEREAS, defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel filed a motion for protective order to prevent or defer the deposition of Charles B. Shields, Jr. on March 8, 2010; and

WHEREAS, the parties engaged in a productive mediation before Judge Nicholas Politan (Ret.) on March 15, 2010 and are continuing to work in good faith toward the potential settlement of this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by plaintiff James Thomas and defendants as follows:

1. The deadline for defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel to file their motion to dismiss for lack of personal jurisdiction shall be continued from April 8, 2010 to April 15, 2010.

2. The deadline for plaintiff to respond to the motion for protective order of defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC- Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel shall be continued from April 12, 2010 to April 19, 2010.

| | |
|---|---|
| Dated:  April 7, 2010 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP<br>Alan R. Plutzik (State Bar No. 077785)<br>L. Timothy Fisher (State Bar No. 191626)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598<br><br>By:_____/s/_____<br>L. Timothy Fisher<br><br>Counsel for Plaintiff James Thomas |
| Dated:  April 7, 2010 | DUANE MORRIS LLP<br>Richard L. Seabolt (State Bar No. 067469)<br>Oliver Benn (State Bar No. 244618)<br>One Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA  94105<br><br>By:_____/s/_____<br>Richard L. Seabolt<br><br>Counsel for Defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel |

**Attestation Pursuant To General Order 45**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 7th day of April, 2010 at Walnut Creek, California.

_____/s/ L. Timothy Fisher_____

\*     \*     \*     \*     \*

1
2
3    **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

4
5    Dated: 4/8/2010
                                    _____
6                                   THE HONORABLE MARILYN H. PATEL
                                    UNITED STATES DISTRICT JUDGE
7



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE                                3
Case No. C09-05664 MHP
61040