1   Alan R. Plutzik (State Bar No. 077785)
    L. Timothy Fisher (State Bar No. 191626)
2   BRAMSON, PLUTZIK, MAHLER &
    BIRKHAEUSER, LLP
3   2125 Oak Grove Road, Suite 120
    Walnut Creek, CA 94598
4   Telephone: (925) 945-0200
    Facsimile: (925) 945-8792
5
    Scott A. Bursor
6   LAW OFFICES OF SCOTT A. BURSOR
    369 Lexington Avenue, 10th Floor
7   New York, NY 10017
    Telephone: (212) 989-9113
8   Facsimile: (212) 989-9163
9   Anthony Vozzolo (*pro hac vice*)
    Christopher Marlborough (*pro hac vice*)
10  FARUQI & FARUQI, LLP
    369 Lexington Avenue, 10th Floor
11  New York, NY 10017
    Telephone: (212) 983-9330
12  Facsimile: (212) 983-9331
13  ***Attorneys for Plaintiff and the Class***
14
15                  UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
17  JAMES THOMAS, on behalf of himself and all       Case No. C09-05664 MHP
    those similarly situated,
18                                                    Class Action
                          Plaintiff,
19                                                    **STIPULATION AND [PROPOSED] ORDER
            v.                                        RE: BRIEFING SCHEDULE**
20
    ROBERT N. DEBENEDICTIS, *et al.*
21
                          Defendants.
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
Case No. C09-05664 MHP
61040

**STIPULATION**

WHEREAS, the parties previously stipulated that defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel will file their motion to dismiss for lack of personal jurisdiction on April 8, 2010;

WHEREAS, defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel filed a motion for protective order to prevent or defer the deposition of Charles B. Shields, Jr. on March 8, 2010; and

WHEREAS, the parties engaged in a productive mediation before Judge Nicholas Politan (Ret.) on March 15, 2010 and are continuing to work in good faith toward the potential settlement of this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by plaintiff James Thomas and defendants as follows:

1.      The deadline for defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel to file their motion to dismiss for lack of personal jurisdiction shall be continued from May 13, 2010 to May 27, 2010.

2.      The deadline for plaintiff to respond to the motion for protective order of defendants Paul Galluccio, 543 Breakers, LLC - Windamar Beach Resort, 533 Orton, LLC - Windamar Beach Club, 505 Orton, LLC- Rainbow Beach Resort, 1215, LLC - Rooftop Beach House Hotel, Lorelei Property Management Group, LLC - Lorelei Motel shall be continued from May 17, 2010 to June 1, 2010.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  May 13, 2010             BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
                                 Alan R. Plutzik (State Bar No. 077785)
                                 L. Timothy Fisher (State Bar No. 191626)
                                 2125 Oak Grove Road, Suite 120
                                 Walnut Creek, CA  94598


                                 By:_____/s/_____
                                              L. Timothy Fisher

                                 Counsel for Plaintiff James Thomas

Dated:  May 13, 2010             DUANE MORRIS LLP
                                 Richard L. Seabolt (State Bar No. 067469)
                                 Oliver Benn (State Bar No. 244618)
                                 One Market Plaza
                                 Spear Tower, Suite 2200
                                 San Francisco, CA  94105


                                 By:_____/s/_____
                                              Richard L. Seabolt

                                 Counsel for Defendants Paul Galluccio, 543 Breakers, LLC -
                                 Windamar Beach Resort, 533 Orton, LLC - Windamar Beach
                                 Club, 505 Orton, LLC - Rainbow Beach Resort, 1215, LLC -
                                 Rooftop Beach House Hotel, Lorelei Property Management
                                 Group, LLC - Lorelei Motel

**Attestation Pursuant To General Order 45**

     I, L. Timothy Fisher, attest that concurrence in the filing of this document has been

obtained from the other signatories.  I declare under penalty of perjury under the laws of the United

States that the foregoing is true and correct.  Executed this 13th day of May, 2010 at Walnut Creek,

California.

                                              _____/s/ L. Timothy Fisher_____


                         *        *        *        *        *

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated: __5/14/2010_____          _____



THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
Case No. C09-05664 MHP
61200

3